UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGARET FORMAN,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE BARNHART, Commissioner of Social Security,<br><br>Defendant. | No. CV-05-159-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND REMANDING FOR AN IMMEDIATE AWARD OF BENEFITS |

Magistrate Judge Imbrogno filed a Report and Recommendation on February 28, 2006, recommending Plaintiff's Motion for Summary Judgment be granted. There being no objections, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Motion for Summary Judgment **(Ct. Rec. 13)** is **GRANTED**. The captioned matter is remanded for an immediate award of benefits.

**IT IS SO ORDERED.** The District Court Executive shall forward copies of this Order to Plaintiff and counsel for Defendant. Judgment shall be entered for Plaintiff and the file shall be closed.

**DATED** this ___12th___ day of April, 2006.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2005\05cv159ci-4-11.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 1